**ATTORNEY JULIO CESAR MARRERO RECENT REMOVAL CASES**
**(2018 – Present)**

<div style="writing-mode: vertical">RECEIVED, 10/12/2021 09:15:22 AM, Clerk, Supreme Court</div>

| Case Number | Case Name | Date Filed | Case Type | Filing Fee Paid | Case Status | Motion for Sanctions |
|---|---|---|---|---|---|---|
| 18-cv-21775-RNS | Trinity Financial Services v. Perez Jr. | 5/4/2018 | Foreclosure | Y | Remanded – no subject-matter jurisdiction (ECF No. [5]) | N |
| 18-cv-24376-CMA | OH Capital Collections, LLC v. Hialeah 150, LLC | 10/22/2018 | Foreclosure | N (See ECF No. [16]) | Motion to remand and for sanctions denied without prejudice, cautioning Defendant not to file an unfounded amended notice of removal (ECF No. [12]); Remanded after Defendant indicated its intent not to file an amended notice of removal (ECF No. [14]) | Y (denied without prejudice) |
| 19-cv-21726-CMA | First Southwestern Financial Services, LLC v. Dawkins Home, Inc. | 5/2/2019 | Replevin | Y | Remanded – no subject-matter jurisdiction (ECF No. [36]) | N |
| 19-cv-10125-JEM | Wells Fargo Bank, N.A. v. Buckles | 7/23/2019 | Foreclosure | Y | Remanded – motion to remand granted by default (ECF No. [12]) | N |
| 19-cv-24882-JEM | Deutsche Bank National Trust Company v. Rodriguez | 11/26/2019 | Foreclosure | Y | Remanded – motion to remand granted by default and no basis for removal found (ECF No. [19]) | Y (withdrawn by consent) |
| 19-cv-25299-CMA | 1220 Broadway, LLC v. Red Koi Corp. | 12/27/2019 | Eviction | Y | Remanded for failure to file an amended notice of removal as ordered by the Court (ECF No. [7]) | N |
| 20-cv-10023-KMM | Wells Fargo Bank, N.A. v. Buckles | 3/11/2020 | Foreclosure | Y | Dismissed without prejudice for failing to file the JSR (ECF No. [8]) | N |
| 20-cv-24178-RNS | 5AIF Maple 2 LLC v. 5725 Lagorce Partners LLC | 10/13/2020 | Foreclosure | Y | Remanded – removal was untimely and likely lacking subject-matter jurisdiction (ECF No. [21]) | Y (referred and pending) |
| 20-cv-62342-RS | Axos Bank v. Chowdhury | 11/18/2020 | Foreclosure | Y | Remanded – removal was untimely and request for attorneys' fees granted | N |
| 20-cv-24768-JAL | First Southwestern Financial Services, LLC v. Dawkins Home Inc. | 11/19/2020 | Replevin | Y | Remanded – no subject-matter jurisdiction (ECF No. [32]) | N |
| 21-cv-20298-MGC | 5AIF Maple 2 LLC v. 5725 Lagorce Partners LLC | 1/25/2021 | Foreclosure | Y | Motion to remand pending (no response timely filed) | Y (referred and pending) |
| 21-cv-20365-DLG | AJK LLC v. Crabel Inc. | 1/28/2021 | Writ of Garnishment | Y | Open (no activity since initial filing) | N |
| 21-cv-20484-DPG | First Southwestern Financial LLC v. T.D. Bank, N.A. | 2/4/2021 | Writ of Garnishment | Y | Remanded – motion to remand granted by default (ECF No. [8]) | N |

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 21-cv-20601-DLG | MJM Structural Corp. v. Columbus Apartments, LLC | 2/12/2021 | Foreclosure | N | Motion to remand pending (no response timely filed) | N |
| 21-cv-20631-KMM | MJM Structural Corp. v. Columbus Apartments, LLC | 2/16/2021 | Foreclosure | N | Motion to dismiss or remand pending (no response timely filed); (*See also* ECF No. [8] re: removing case solely to cancel foreclosure sale) | Y (referred and pending) |
| 21-cv-20640-BB | TCM Finance, LLC v. Conategi, LLC | 2/16/2021 | Foreclosure | N | Motion to remand and for sanctions pending (no response timely filed) | Y (pending) |
| 21-cv-20795-UU | Elizon DB Transfer Agent LLC v. CMG Capital, LLC | 2/26/2021 | Foreclosure | N | Remanded – no subject-matter jurisdiction (ECF No. [7]) | N |
| 21-cv-20801-BB | Deutsche Bank National Trust Company v. Valdes | 2/26/2021 | Foreclosure | N | Open (no activity since initial filing) | N |
| 21-cv-20912-KMM | Black River Partners I, LLC v. Conategi, LLC | 3/8/2021 | Foreclosure | N | Open (no activity since initial filing) | N |